Dominique Jasmine Jolly
813 W Athens Blvd
Los Angeles, CA, 90044
562-609-8070

**FILED**
Superior Court of California
County of Los Angeles

MAR 30 2026

David W. Slayton, Executive Officer/Clerk of Court
By: G. Robinson, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Plaintiff, Dominique Jasmine Jolly
First   Middle   Last   D.J

vs.

Defendant(s) Conduent D.J
Conduent

Case No.: 26STCV10068

Complaint

I recieved a letter stating there was a data breach and my problem is as of right now is that they already knew and waited a year to be told. I will bring my letter to court date due to me having problems with identity theft and now I know why. Any evidence I discover it will be amended in. I am a young business owner and I have to investigate



**CONDUENT**

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

December 31, 2025

Re: Notice of Data Incident

Dear ▮▮▮▮▮▮▮,

On behalf of our clients, Conduent Business Services, LLC ("Conduent") provides third-party printing/mailroom services, document processing services, payment integrity services, and other back-office support services. We are writing to inform you about a recent incident experienced by Conduent that may have involved some of your personal information, which came into our possession due to the services that we provide to your current or former health plan. While we are unaware of any attempted or actual misuse of any information involved in this incident, we are providing you with information about the incident and steps you can take to protect yourself, should you feel it necessary.

**What Happened?** On January 13, 2025, we discovered that we were the victim of a cyber incident that impacted a limited portion of our network. We immediately secured our networks and initiated an investigation with the assistance of third-party forensic experts. Our investigation determined that an unauthorized third party had access to our environment from October 21, 2024, to January 13, 2025, and obtained some files associated with your current or former health plan. Given the nature and complexity of the data involved, Conduent has been working diligently with a dedicated review team, including internal and external experts, to conduct a detailed analysis of the affected files to identify the personal information contained therein. We are providing you with this notice upon the recent conclusion of this time-intensive data analysis as your personal information was contained in the affected files.

**What Information Was Involved.** The affected files contained your name and the following: Address and Social Security number. Presently, we have no evidence or indication of actual or attempted misuse of your personal information.

**What We Are Doing.** Upon discovery of the incident, we safely restored our systems and operations and notified law enforcement. We are also notifying you in case you decide to take further steps to protect your information should you feel it appropriate to do so. In addition, we are providing you with access to 12 months of credit monitoring and identity restoration services through Epiq at no charge to you. You must enroll by April 30, 2026.

**What You Can Do.** Please review the enclosed "*Steps You Can Take to Help Protect Your Information*" which describes the services we are offering, how to activate them, and provides further details on how to protect yourself. We encourage you to remain vigilant against the potential for identity theft and fraud and to monitor your credit reports for any suspicious activity.

**For More Information.** We sincerely regret any issue this incident may have caused you. If you have additional questions, you may call our dedicated assistance line at 877-332-1658 (toll-free), Monday-Friday, from 9:00 a.m. to 9:00 p.m. Eastern Time, or write to us at Attn: Data Incident, 100 Campus Drive, Suite 200, Florham Park, New Jersey 07932.

Sincerely,
Conduent Business Services, LLC

1 of 2

 

# Conduent Cybersecurity Incident Frequently Asked Questions

### Who is Conduent?
Conduent is a Blue Cross and Blue Shield of Texas (BCBSTX) third-party service provider that offers mailroom, payment and other back-office support services.

### What happened?
According to Conduent, on Jan. 13, 2025, it discovered that they were the victim of a cyber incident that impacted a limited portion of their network between October 21, 2024, and January 13, 2025. According to Conduent, they immediately secured their networks and initiated an investigation with the help of third-party forensic experts. Their investigation determined that an unauthorized third party accessed their environment which included some files associated with BCBSTX. Some HealthSelect℠ medical plan participants may have been impacted by the incident.

### Were BCBSTX systems impacted by this incident?
No. BCBSTX systems were not impacted by this incident.

### Is there any way to tell what exact data elements were breached for each specific participant?
Conduent has not provided specific data elements for each participant. According to the information BCBSTX received from Conduent, participant information that was potentially disclosed includes: name, date of birth, postal address information, Social Security numbers, medical service information (treatment and diagnosis codes, provider names, dates of service and claim amounts), group number and subscriber number.

### What is the plan for notifying individual participants affected by this incident?
Conduent is providing notification letters to impacted participants. Impacted individuals will be offered one year of free credit monitoring. The monitoring enrollment process will be detailed in the participant notification letter.

If you have additional questions, you may call the Conduent dedicated assistance line **(866) 559-4749** (toll-free), Monday–Friday, from 8 a.m. to 5:30 p.m. CT.

### Why did it take so long to notify impacted participants?
While this incident happened between October 21, 2024, and January 13, 2025, Conduent's data analysis took extensive time. BCBSTX then received the data from Conduent and evaluated it to determine and verify the identity of the impacted participants, which was a time-consuming process.

Blue Cross and Blue Shield of Texas is the third-party administrator for HealthSelect of Texas® and Consumer Directed HealthSelect℠.
Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

### What security steps did Conduent take to respond to the incident?
According to Conduent, upon detection of the incident, Conduent activated its cybersecurity response plan with the help of external cybersecurity experts to contain and remediate the incident. Conduent notified the FBI. According to Conduent, they immediately took systems offline and hired cybersecurity experts to analyze their environment. Conduent later confirmed there has been no further known malicious activity since the event. All known indicators of compromise have been blocked. Conduent restored its systems and operations and implemented measures to further protect its systems.

### Are there any likely negative effects of the data compromise on the impacted individuals?
At this point in time, Conduent states it is not aware of actual or attempted misuse of the personal information. The participant notification letter includes information on credit monitoring and steps participants can take to help protect their information.

### Has Conduent communicated whether any evidence has been



**CONDUENT**
Return to Kroll
P.O. Box 980105
West Sacramento, CA 95798

October 24, 2025

Re: Notice of Data Incident

Dear [REDACTED]

On behalf of our clients, Conduent Business Services, LLC ("Conduent") provides third-party printing/mailroom services, document processing services, payment integrity services, and other back-office support services. We are writing to inform you about a recent incident experienced by Conduent that may have involved some of your personal information, which came into our possession due to the services that we provide to Blue Cross and Blue Shield of Illinois. While we are unaware of any attempted or actual misuse of any information involved in this incident, we are providing you with information about the incident and steps you can take to protect yourself, should you feel it necessary.

**What Happened?** On January 13, 2025, we discovered that we were the victim of a cyber incident that impacted a limited portion of our network. We immediately secured our networks and initiated an investigation with the assistance of third-party forensic experts. Our investigation determined that an unauthorized third party had access to our environment from October 21, 2024, to January 13, 2025, and obtained some files associated with Blue Cross and Blue Shield of Illinois. Given the nature and complexity of the data involved, Conduent has been working diligently with a dedicated review team, including internal and external experts, to conduct a detailed analysis of the affected files to identify the personal information contained therein. We are providing you with this notice upon the recent conclusion of this time-intensive data analysis as your personal information was contained in the affected files.

**What Information Was Involved.** The affected files contained your name and the following: address, date of birth, and Social Security number. Presently, we have no evidence or indication of actual or attempted misuse of your personal information.

**What We Are Doing.** Upon discovery of the incident, we safely restored our systems and operations and notified law enforcement. We are also notifying you in case you decide to take further steps to protect your information should you feel it appropriate to do so. In addition, we are providing you with access to 24 months of credit monitoring and identity restoration services through Kroll at no charge to you. You must enroll by March 31, 2026.

**What You Can Do.** Please review the enclosed *"Steps You Can Take to Help Protect Your Information"* which describes the services we are offering, how to activate them, and provides further details on how to protect yourself. We encourage you to remain vigilant against the potential for identity theft and fraud and to monitor your credit reports for any suspicious activity.

BlueCross members in Tennessee urged to act after data breach ...

Visit >

Images may be subject to copyright. **Learn More**

Share    Save




Q conduent data breach letter



# HealthSelect of Texas

## Update on Conduent Cyber Incident

10/31/2025

Conduent has reported they were the victim of a cyber incident that occurred between Oct. 21, 2024, and Jan. 13, 2025. Conduent is a Blue Cross and Blue Shield of Texas (BCBSTX) third-party service provider that offers mailroom, payment and other back-office support services.

Because of BCBSTX's relationship with Conduent, some HealthSelect of Texas® participants were impacted by the incident.

Conduent began mailing letters to impacted participants on Friday, Oct. 24, 2025.

For more information, visit our Frequently Asked Questions . Conduent also has a website providing information about the incident.

healthselect.bcbstx.com

# LETTER OF INTENT TO SUE

Dominique Jasmine Jolly
813 W Athens Blvd
Los Angeles, Ca, 90044
(562) 609-8070
niquescompromised120@icloud.com

March 25,2026

Cruduent
100 Campus Dr
Florham Park, NJ 07932

Dear Dominique Jasmine Jolly

I am writing to formally notify you of my intent to commence legal action against you due to your entity having a data breach and me being alerted in 2026 of it, but other clients were made aware in 2025.

Therefore, I am prepared to initiate legal proceedings to seek compensation and remedial measures. However, I am willing to consider an alternative resolution to avoid court action. To that end, I am formally demanding 1 billion dollars.

Please consider this letter a formal demand for settlement. I expect a response within 10 to 14 days of the date of this letter. Failure to respond may result in the initiation of legal proceedings without further notice to you. This action will not only seek resolution as mentioned but may also include recovery of attorney's fees, court costs, and other damages.

I urge you do not to allow any class action in my name or any of my paperwork. I won't be getting an attorney at all either. Any demand letter sent before this is the people stealing my identity as well as they may have a police report. My order of protection 8am02813 was stolen in 2021 and they have copies of three reports and that is one of them dated 2025.

I urge you to take this notice seriously and respond promptly to avoid legal action. Should you have any questions or wish to discuss this matter further, please contact me directly at 813 w athens blvd los angeles ca 90044 only. I want this handle only by mail due to the fact people impersonate me to entities.

Sincerely,

Dominique Jasmine Jolly

If any report is made stating my Letter is stolen its fraud and any demand letter sent before today is fraud and I want copies sent to 813 W Athens Blvd, Los Angeles, CA 90044 and File Report for Identity Theft.

Do not let anyone sue, I don't deal with anyone.

From: Dominique Jolly niquescompromised120@icloud.com
Date: Mar 26, 2026 at 11:22:11 AM
To: recruitmentcontactcenter@conduent.com

Hello this is Dominique Jasmine jolly I received your data breach letter I won't be filing class action and I have evidence of me being compromised my police from 2025 speaking on an order they are identity thieves and stole the police report I want 2 billion for this do not accept what comes in mail you have 7 days to respond with email for us to start process for suit I did not send you a demand letter outside of this and also I will never file class action so if you allow it even with order of protection that was stolen I want 4 billion and my case number is 08am02813 And any other demand letter sent before today is fraud I have my data breach notice

Sent from my iPhone